NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7006

CATHY J. TOOLE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-2675, Chief Judge William P. Greene, Jr.

## O R D E R

Cathy L. Toole submits correspondence dated December 6, 2009. The court considers whether to treat Toole's correspondence as a reply brief and a request for oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    Toole's letter dated December 6, 2009 is treated as a reply brief and is accepted for filing. The reply brief will be transmitted to the merits panel assigned to decide this case.

(2)    Toole's request for oral argument is deferred for consideration by the merits panel assigned to decide this case.

FOR THE COURT

DEC 1 7 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 17 2009

JAN HORBALY
CLERK

cc:    Cathy L. Toole
       William P. Rayel, Esq.
s8